

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00120-CV

Bianca **FOX**,
Appellant

v.

**CYPRESS** at Stone Oak,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023-CV-01033
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: April 8, 2026

DISMISSED FOR LACK OF JURISDICTION

On February 12, 2026, appellant Bianca Fox, proceeding pro se, filed a notice of appeal purporting to appeal a turnover order signed on January 30, 2026. The clerk's record contains no turnover order signed on January 30, 2026. Instead, the clerk's record contains two interlocutory orders signed on January 30, 2026, those being: (1) an order denying Fox's motion for protection, and (2) an order requiring Fox to comply with a subpoena. It appears that Fox intends to appeal from these interlocutory orders. *See Pelt v. State Bd. Of Ins.*, 802 S.W.2d 822, 826 (Tex. App.—

Austin 1990, no writ) (holding that an order denying a motion to quash subpoena is not appealable); *see also RWLS L.L.C. v. Gray Wireline Service, Inc.*, 359 S.W.3d 927, 928 (Tex. App.—Houston [14th Dist.] 2012, pet. denied) (per curiam, sub. op. on reh'g) (holding that an order denying stay and compelling compliance with subpoena is not appealable).

"Unless specifically authorized by statute, Texas appellate courts have jurisdiction only to review final judgments." *McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018). Accordingly, this court ordered appellant to show cause in writing by March 18, 2026, why this appeal should not be dismissed for lack of jurisdiction. Appellant has filed no response. Because neither a final judgment nor an interlocutory order that may afford an authorized interlocutory appeal has been signed in the underlying cause, this appeal is dismissed for lack of jurisdiction.[1]  *See* TEX. R. APP. P. 42.3(a) (appellate court may dismiss an appeal for lack of jurisdiction).

PER CURIAM

---

[1] All pending motions are denied as moot.